IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 7 |
| Ryan K. Wolfson, ) | |
| ) | Case No: 19-11618 LSS |
| Debtor. ) | |
| _____ ) | |
| ) | |
| Ryan K. Wolfson, ) | |
| ) | |
| Plaintiff, ) | Adversary No: 19-50717 (LSS) |
| vs. ) | |
| ) | |
| Betsey DeVos on behalf of the Department of ) | |
| Education, Pennsylvania Higher Education ) | |
| Assistance Agency, d/b/a Fedloan Servicing, ) | |
| Navient Solutions, Inc., American Education ) | |
| Education Services, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

Pursuant to Bankruptcy Rule 8003 and 28 U.S.C. §158 (a)(1), Educational Credit Management Corp., ("ECMC") submits this Notice of Appeal in conformity with Official Bankruptcy Form B417.

**Part 1: Identity of appellants**

1. Name(s) of appellant(s): ECMC as owner of interests formerly held by Pennsylvania Higher Education Assistance Agency ("PHEAA")

2. Position of appellants in the adversary proceeding or bankruptcy case that is the subject of this appeal: Party in interest.

**Part 2: Identify the subject of this appeal**

Describe the judgment, order, or decree appealed from:

1. Appellant appeals the Judgment on the Complaint to Determine Dischargeability of Student Loans entered in favor of Plaintiff, Ryan K. Wolfson and against Defendants.

A copy of the Order (D.I. 35) and Opinion (D.I. 34) are attached as Exhibit A.

**Part 3: Identify the subject of this appeal**

List names of all parties to the judgment, order, or decree appealed from and the names, addresses and telephone numbers of their attorneys (attach additional pages if necessary):

1. Debtor, Ryan K. Wolfson

2. Attorneys:

    Timothy J. Weiler, Esquire
    716 North Tatnall Street
    Wilmington, DE 19801
    Attorney for the Debtor

3. Betsy Devos on behalf of the Department of Education

    US Attorney's Office
    Ellen W. Slights, Esquire
    1313 N. Market Street, Suite 400
    Wilmington, DE 19801-6101

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. §158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

[X]  Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

Date: January 24, 2022.

                                                      **HOGAN♦McDANIEL**
                                                      */s/ Daniel Kerrick*
                                                      Daniel Kerrick (DE# 5027)
                                                      1311 Delaware Ave.
                                                      Wilmington, DE 19806
                                                      Telephone: 302-656-7540
                                                      Email: dckerrick@dkhogan.com
                                                      *Attorneys for ECMC*