UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**APPEAL TRANSMITTAL SHEET**

**Case Number:** 19-50717 **BK** (●) **AP** ( )

If AP, related BK case number:

**Title of Order Appealed:** Judgment

**Docket #:** 35 **Date Entered:** 1/14/2022

Item Transmitted:

| | Item | Docket #: | Date Filed: |
|---|---|---|---|
| ✔ | **Notice of Appeal** | 37 | 1/24/2022 |
| ☐ | **Amended Notice of Appeal** | | |
| ☐ | **Cross Appeal** | | |
| ☐ | **Motion for Leave to Appeal** | | |
| ☐ | **Request for Certification of Direct Appeal** | | |

**Appellant/Cross Appellant:**

Educational Credit Management Corp.

**Appellee/Cross Appellee**

Ryan K. Wolfson

**Counsel for Appellant/Cross Appellant:**

Daniel Kerrick (DE# 5027)

**Counsel for Appellee/Cross Appellee:**

Timothy Joseph Weiler

| | Yes | No |
|---|---|---|
| **Filing fee paid?** | ● | ○ |
| **IFP application filed by applicant?** | ○ | ● |
| **Have additional appeals of the same order been filed?** | ○ | ● |
| ***If Yes, has District Court assigned a Civil Action Number?** | ○ | ● |

**Civil Action Number:**

*(continued on next page)*


**Notes:**

***I hereby certify that all designated items are available electronically through CM/ECF.***

**Date:** 1/25/2022

**by:** /s/Jason Spencer
**Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number: 22-02