IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Ryan K. Wolfson,<br><br>Debtor. | Chapter 7<br><br>Case No. 19-11618 (LSS) |
| Ryan K. Wolfson,<br><br>Plaintiff,<br><br>vs.<br><br>Betsey DeVos on behalf of the Department of Education, Pennsylvania Higher Education Assistance Agency, d/b/a Fedloan Servicing, Navient Solutions, Inc. and American Education Services,<br><br>Defendants. | Adv. No. 19-50717<br><br>**Re: Docket No. 1** |

## JUDGMENT

For the reasons set forth in my Opinion of even date, Judgment on the Complaint to Determine Dischargeability of Student Loans [Docket No. 1] is entered in favor of Plaintiff Ryan K. Wolfson and against all Defendants.

IT IS FURTHER ORDERED that Plaintiff's student loan debt is discharged.

Dated: January 14, 2021

Laurie Selber Silverstein
United States Bankruptcy Judge