# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 1/28/2022 |
| Case: 19−50717−LSS | Form ID: van440 | Total: 4 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| dft | Betsey DeVos | c/o Department of Education | 400 Maryland Avenue SW | Washington, DC 20202 |
| aty | Jacob Laksin | DOJ−USAO | 1313 N. Market Street, Suite 400 | Wilmington, DE 19801 |
| ust | U.S. Trustee | Office of the United States Trustee | J. Caleb Boggs Federal Building | 844 King Street, Suite 2207 | Lockbox 35    Wilmington, DE 19801 |
| ust | U.S. Trustee | Office of United States Trustee | J. Caleb Boggs Federal Building | 844 King Street, Suite 2207 | Lockbox 35    Wilmington, DE 19899−0035 |

TOTAL: 4