**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

In re: Ryan K. Wolfson

| | |
|---|---|
| Educational Credit Management Corp., | ) |
| Appellant, | ) |
| | ) Civil Action No. 1:22-cv-00095-CFC |
| v. | ) |
| | ) |
| Ryan K. Wolfson, | ) Bankruptcy Case No. 19-11618 (LSS) |
| Appellee. | ) Bankruptcy BAP No. 22-2 |
| | ) Bankruptcy ADV No. 19-50717 (LSS) |

**STIPULATION TO DISMISS APPEAL AS TO APPELLANT**
**EDUCATIONAL CREDIT MANAGEMENT CORP.**

Pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, Appellant

Educational Credit Management Corp., ("ECMC" or "Appellant") as owner of interests formerly

held by Pennsylvania Higher Education Assistance Agency ("PHEAA"), by and through their

undersigned counsel, hereby stipulate and agree that the appeal taken in the above-captioned

action by means of a Notice of Appeal filed by the Appellant on January 14, 2022 may be

dismissed.

The parties agree and represent that:

1.  On January 24, 2022, Appellant timely filed a Notice of Appeal from the Bankruptcy

    Court's Judgment on the Complaint to Determine Dischargeability of Student Loans,

    dated January 14, 2022.  [D.I. 1]

2.  The appeal in this action was docketed with this Court on January 25, 2022 [D.I. 2].

1

3.  The parties agree that, pursuant to Federal Rule of Bankruptcy Procedure 8023, the
    Court should enter an order dismissing the above-captioned appeal in its entirety as to
    Appellant.

4.  The parties agree to bear their own attorneys' fees and costs, if any.

Date: February 10, 2022.

**HOGAN♦McDANIEL**

*/s/ Timothy J. Weiler, Esq.*       */s/ Daniel Kerrick*
716 North Tatnall Street       Daniel Kerrick (DE# 5027)
Wilmington, DE 19801       1311 Delaware Ave.
Telephone: 302-658-6900       Wilmington, DE 19806
Email: Timweiler@timweilerlaw.com       Telephone: 302-656-7540
*Attorney for Ryan K Wolfson*       Email: dckerrick@dkhogan.com
     *Attorneys for ECMC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

In re: Ryan K. Wolfson

| | |
|---|---|
| Educational Credit Management Corp., | ) |
| Appellant, | ) |
| | ) Civil Action No. 1:22-cv-00095-UNA |
| v. | ) |
| | ) |
| Ryan K. Wolfson, | ) Bankruptcy Case No. 19-11618 (LSS) |
| Appellee. | ) Bankruptcy BAP No. 22-2 |
| | ) Bankruptcy ADV No. 19-50717 (LSS) |

**[PROPOSED] ORDER**

AND NOW, this _____ day of February 2022, upon consideration of the parties' Stipulation to Dismiss Appeal as to Appellant Educational Credit Management Corp., ("Stipulation"), and all corresponding filings, it is hereby ORDERED that the Stipulation is APPROVED and the appeal is DISMISSED.

_____
HON. COLM F. CONNOLLY
United States District Judge

3

## <u>CERTIFICATE OF SERVICE</u>

I, Daniel C. Kerrick, hereby certify, on February 10, 2022, I caused a copy of the

Foregoing Stipulation and Proposed Order, to be served upon all parties registered for service via

CM-ECF.

**HOGAN♦McDANIEL**

*/s/ Daniel Kerrick*
Daniel Kerrick (DE# 5027)
1311 Delaware Ave.
Wilmington, DE 19806
Telephone: 302-656-7540
Email: dckerrick@dkhogan.com
*Attorneys for Educational Credit*
*Management Corp.*

4